395 A.2d 998

Speiser v. Avis Rent a Car System, Inc. (et al., Appellant).

Speiser v. Avis Rent a Car System, Inc., Appellant, et al.

Argued September 14, 1978. T. Barnard, with him James P. Gannon, for appellants; Harris Sklar, for appellee, Speiser.

Before PRICE, HESTER and HOFFMAN, JJ.

Orders affirmed.